```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID SNAPP AND TIMOTHY KELLY
 4  Certified Student Attorneys
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    NICOLE MONTANIO
 8

 9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,    )  No. 11-MJ-00012-GGH
                                 )
15              Plaintiff,       )  STIPULATION AND ORDER TO VACATE
                                 )  COURT TRIAL AND SET A CHANGE OF
16       v.                      )  PLEA
                                 )
17  NICOLE MONTANIO,             )
                                 )
18              Defendant.       )  Date: February 10, 2011
                                 )  Time: 2:00 P.M.
19  _____)  Judge: Hon. Gregory G. Hollows

20

21       It is hereby stipulated and agreed to between the United States of

22  America through Matthew C. Stegman, Assistant U.S. Attorney, and

23  defendant, NICOLE MONTANIO, by and through her counsel, Linda C.

24  Harter, Chief Assistant Federal Defender, that the court trial

25  scheduled for February 16, 2011 be vacated and a change of plea hearing

26  set on February 10, 2011 at 2:00pm.

27       Ms. Montanio has decided to change her plea of not-guilty to

28  guilty with an agreement with the government. The government will
```

provide the plea agreement to the court in advance of the hearing. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order until February 10, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

DATED: February 8, 2011                 Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        NICOLE MONTANIO

DATED: February 8, 2011                 BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Rachana N. Shah
                                        Rachana N. Shah
                                        Special Assistant U.S. Attorney
                                        Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.**

DATED: February 9, 2011      /s/ Gregory G. Hollows
                             HON. Gregory G. Hollows
                             United States Magistrate Judge

montanio.ord

Stipulation and Proposed Order
-2-